CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

OCT 07 2024

LAURA A. AUSTIN, CLERK
BY: K. Campbell
  DEPUTY CLERK

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:24mj75 | 09/13/2024   11:42 AM | coal.edr.process@jpmchase.com |

| Inventory made in the presence of: |
|---|
| coal.edr.process@jpmchase.com |

Inventory of the property taken:

Check number 4557252862 dated 9/17/2024 payable to USMS c/o USAO, 180 W. Main Street B-19, Abingdon, Virginia 24210 for $88,081.83 from Chase National Account Services

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/02/2024

*C. Trevor McMurray*
Executing officer's signature

C. Trevor McMurray (Contractor) Financial Investigator
Printed name and title

Returned to me this 7th day of October, 2024.
Pamela Heade Sargent
USMJ